# Statement

Borrelli & Associates, P.L.L.C.

1010 Northern Boulevard, Suite 328

Great Neck, NY 11021

| Date |
|---|
| 4/12/2018 |

| To: |
|---|
| Juan Gomez, et al. |

| Amount Due | Amount Enc. |
|---|---|
| $1,125.94 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 03/31/2017 | INV #10097. Orig. Amount $7.80.<br>--- 3/2/17 – ERM – Juan Gomez – mailed client a binder full paystubs = $7.80 $7.80 | 7.80 | 7.80 |
| 05/31/2017 | INV #10423. Orig. Amount $35.14.<br>=== Reimb Group<br>--- 5/4/17 AGG – Juan Gomez – mailed docs back to client $6.52 $6.52<br>--- April 2017 Westlaw usage charges $15.99<br>--- Invoice No. 836238225 $12.63<br>=== Total Reimbursable Expenses $35.14 | 35.14 | 42.94 |
| 06/30/2017 | INV #10581. Orig. Amount $578.00.<br>=== Reimb Group<br>--- Check Number 5170 payable to intercounty Judicial Services dated 6/28/17 for invoice no. 1716354 for service of s/c on Liquid Plumbing Corp $89.00<br>--- Check Number 5170 payable to intercounty Judicial Services dated 6/28/17 for invoice no. 1716348 for service of s/c on RCI Plumbing Corp. $89.00<br>--- 6/2/17 Court Filing Fee $400.00<br>=== Total Reimbursable Expenses $578.00 | 578.00 | 620.94 |
| 07/31/2017 | INV #10715. Orig. Amount $65.00.<br>--- Check Number 5232 dated 7/19/17 payable to Intercounty Judicial Services for invoice no. 1716355, service of s/c on Robert Cucuzza, non=service attempt to serve $65.00 | 65.00 | 685.94 |
| 09/30/2017 | INV #10934. Orig. Amount $21.57.<br>--- 9-15-2017 – OL – Juan Gomez – Sent out 3 copies of amended complaint cert. mail = $21.57 $21.57 | 21.57 | 707.51 |
| 10/31/2017 | INV #11016. Orig. Amount $0.48.<br>--- September 2017 Westlaw Usage Charges $0.48 | 0.48 | 707.99 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 76.44 | 0.00 | 5.40 | 14.97 | 1,029.13 | $1,125.94 |

# Statement

Borrelli & Associates, P.L.L.C.

1010 Northern Boulevard, Suite 328

Great Neck, NY 11021

| Date |
|---|
| 4/12/2018 |

| To: |
|---|
| Juan Gomez, et al. |

| Amount Due | Amount Enc. |
|---|---|
| $1,125.94 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/30/2017 | INV #11127. Orig. Amount $317.24.<br>=== Reimb Group<br>--- Check Number 5656 dated 11-15-17 payable to Intercounty Judicial Services for Invoice No. 1726475 , Service of s/c on RCI PLBG, Inc. $105.00<br>--- Check Number 5656 dated 11-15-17 payable to Intercounty Judicial Services for Invoice No. 1726478, Service of s/c on Christopher Chierchio $98.00<br>--- Check Number 5656 dated 11-15-17 payable to Intercounty Judicial Services for Invoice No. 1726477, Service of s/c onLiquid Plumbing Corp. $105.00<br>--- 11/1/17 – OL – Juan Gomez – Mailed request for default copies to Defs= $3.08x3=$9.24 $9.24<br>=== Total Reimbursable Expenses $317.24 | 317.24 | 1,025.23 |
| 12/31/2017 | INV #11281. Orig. Amount $3.90.<br>--- 1/5/18 due date - Pacer Usage charges $3.90 | 3.90 | 1,029.13 |
| 01/31/2018 | INV #11405. Orig. Amount $14.97.<br>--- December 2018 Westlaw Charges - Westlaw Invoice No. 837474575 $14.97 | 14.97 | 1,044.10 |
| 02/28/2018 | INV #11533. Orig. Amount $5.40.<br>--- Pacer usage charges 10/1/17 - 12/31/17 $5.40 | 5.40 | 1,049.50 |
| 04/12/2018 | INV #11740. Orig. Amount $76.44.<br>--- postage and copying for case through 4-12-18 $76.44 | 76.44 | 1,125.94 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 76.44 | 0.00 | 5.40 | 14.97 | 1,029.13 | $1,125.94 |