FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 16 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JUAN M. GOMEZ, *on behalf of himself, individually
And on behalf of all others similarly situated,*

                        Plaintiff,

- against -

LIQUID PLUMBING CORP, RCI PLBG, INC., and
CHRISTOPHER CHIERCHIO,

                        Defendants.
-------------------------------------------------------------------X

**ORDER**
**17 CV 3321 (LB)**

**BLOOM, United States Magistrate Judge:**

On September 20, 2017, plaintiff Juan Gomez filed an amended complaint alleging that defendants violated the Fair Labor Standards Act ("FLSA"), and provisions of the New York Labor Law ("NYLL"), by failing to pay him overtime wages throughout the five years that they employed him. ECF No. 1. After exchanging paper discovery, the parties engaged in settlement negotiations. On March 14, 2018, the parties notified the Court that they had reached a settlement in principle. See March 14, 2018 Scheduling Order. The parties now move for Court approval of their settlement agreement.[1] Motion for Settlement Approval, "Mot. Settle." ECF No. 33; FLSA Settlement Agreement "Settle. Agree." ECF No. 33-1. For the reasons set forth herein, the settlement agreement is approved as fair and reasonable.

"Rule 41(a)(1)(A)(ii) stipulated dismissals settling FLSA claims with prejudice require the approval of the district court or the [Department of Labor] to take effect." Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). The settlement should be approved, if the proposed agreement "reflects a reasonable compromise over contested issues." Kochilas v. Nat'l Merchant Servs., Inc., No. 14 CV 311, 2015 WL 5821631, at *7 (E.D.N.Y. Oct. 2, 2015) (citation omitted). Here, the parties have agreed that defendants shall pay plaintiff a total settlement amount of $47,500.00. After subtracting costs totaling $1,125.94, plaintiff's counsel shall receive one-third of the net settlement

---

[1] The parties consent to the jurisdiction of a magistrate judge for all purposes under 28 U.S.C. § 636(c). ECF No. 30.

agreement ($15,458.02), and plaintiff shall receive the remaining two-thirds ($30,916.04). Settle. Agree. at ¶ 2; Mot. Settle. at Page 2. Under the terms of the settlement agreement, defendants shall remit the settlement payments to counsel and plaintiff within ten days of the Court approving the parties' settlement agreement. Id. Upon review of the circumstances of the case, the work required to resolve this matter, and the fact that attorneys' fees are limited to a one-third contingency, the Court finds plaintiff's request for $15,458.02 in attorneys' fees plus $1,125.94 in costs to be reasonable. See 29 U.S.C. § 216(b); see also Wolinsky v. Scholastic, Inc., 900 F. Supp. 2d 332, 336 (S.D.N.Y. 2012).

The agreement does not include a confidentiality clause, or a non-disparagement clause. Furthermore, under the instant Agreement, plaintiff agrees to release defendants from liability for any wage-related claims he may have had until the date of the Agreement under the statutes and regulations pertaining to this lawsuit. See Mahalick v. PQ N.Y. Inc., No. 14 Civ. 899 (WHP), 2015 WL 3400918, at *2 (S.D.N.Y. Apr. 30, 2015) ("[A]n employer is not entitled to use an FLSA claim . . . to leverage a release from liability unconnected to the FLSA."). Finally, plaintiff affirmed that the settlement agreement was translated to him in his native language of Spanish. Given the circumstances of this case, plaintiff's range of potential recovery, and the risks of continued litigation, I find that the settlement agreement is fair and reasonable. Accordingly, the Court approves the settlement agreement. Plaintiff shall receive $47,500.00 as the full settlement award, $15,458.02 of which is allocated as attorney's fees and $1,125.94 as costs. Plaintiff's counsel shall provide plaintiff with a copy of this order forthwith. SO ORDERED.

/S/ Judge Lois Bloom
_____
LOIS BLOOM
United States Magistrate Judge

Dated: May 16, 2018
      Brooklyn, New York