

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JUAN M. GOMEZ,

                Plaintiff,

    -against-                             Case No.: 17 Civ. 3321 (LB)

RCI PLBG, INC.,
LIQUID PLUMBING CORP.,
and CHRISTOPHER CHIERCHIO,         **ORDER OF VOLUNTARY**
                                                       **DISMISSAL WITH PREJUDICE**
                Defendants.
-----------------------------------------------------------X

       Upon the joint application of the plaintiff and the defendants, by their respective counsel, for entry of an Order of Voluntary Dismissal with Prejudice approving the parties' negotiated settlement agreement in the above-captioned action, and the parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is HEREBY ORDERED AS FOLLOWS:

       1.      The parties' settlement has been negotiated in good faith and at arm's length by the parties through their respective counsel;

       2.      The settlement is approved as a fair and reasonable disposition of the plaintiff's Fair Labor Standards Act claims pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015); and



3. Accordingly, this action, and all of the claims asserted herein, is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court shall retain jurisdiction over this matter solely to enforce the parties' settlement and to enter judgment in the event of a breach, should that become necessary.

Dated: Brooklyn, New York
    5/16    , 2018

SO ORDERED.

/S/ Judge Lois Bloom

THE HONORABLE LOIS BLOOM
United States Magistrate Judge